No. 23-13362-J

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CATHLEEN LATHAM
Appellant,

STATE OF GEORGIA, Appellee.

On Appeal from the United States District Court
For the Northern District of Georgia
No. 1:23-cv-03803-SCJ
Hon. Steve C. Jones

UNOPPOSED MOTION TO CONSOLIDATE APPEALS

Counsel for Appellant Cathleen Latham
William G. Cromwell
CROMWELL LAW, LLC
400 Galleria Parkway, Ste. 1920
Atlanta, Ga. 30339 (6178+84-5626
bcromwell@cartercromwell.com

UNITED STATES COURT OF APPEALS FOR
THE ELEVENTH CIRCUIT

STATE OF GEORGIA,                          Case No: 23-13362-J

CATHLEEN LATHAM

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT

Cathleen Latham, Appellant, files this Certificate of Interested Persons and Corporate Disclosure Statement, listing all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party, as follows:

Alex M. Bernick, Counsel for Appellee

Thomas Bever, Counsel for Appellant Shawn Still

Bondurant Mixson & Elmore LLP, Counsel for Appellee

William "Bill" Cromwell, Counsel for Appellant Cathleen Latham

Anna G. Cross, Counsel for Appellee Cross

Kincaid, Counsel for Appellee

John E. Floyd, Counsel for Appellee

Craig A. Gillen, Counsel for Appellant David J. Shafer

Gillen & Lake LLC, Counsel for Appellant David J. Shafer The

Honorable Steve C. Jones, United States District Judge

Anthony C. Lake, Counsel for Appellant David J. Shafer

Cathleen Latham, Appellant

Cole McFerren, Counsel for Appellant Shawn Still

Adam S. Ney, Counsel for Appellee

Holly A. Pierson, Counsel for Appellant David J. Shafer

Grant H. Rood, Counsel for Appellee

David J. Shafer, Appellant

Shawn Still, Appellant

State of Georgia, Appellee

Nathan J. Wade, Counsel for Appellee

Wade & Campbell Firm, Counsel for Appellee

Francis M. Wakeford, IV, Counsel for Appellee

Fani T. Willis, Counsel for Appellee John W. Wooten, Counsel for Appellee

Daysha D. Young, Counsel for Appellee.

Respectfully submitted, this 17th day of October, 2023.


/s/ WILLIAM G. CROMWELL
WILLIAM G. CROMWELL
Georgia Bar No. 197240
CROMWELL LAW, LLC
400 Galleria Parkway,
Ste. 1920
Atlanta, Ga. 30339
678) 384-5626
Counsel for Cathleen Latham

UNITED STATES COURT OF APPEALS FOR
THE ELEVENTH CIRCUIT

STATE OF GEORGIA,

CATHLEEN LATHAM

Case No: 23-13362-J

UNOPPOSED MOTION TO CONSOLIDATE APPEALS

NOW COMES Appellant Cathleen Latham pursuant to Fed R. App. P. 3 and 1 Cir. R. 27-1(c)(4) and moves this Court to consolidate this appeal with the appeals of Shawn Still, Case No. 23-13361, and David Shafer, Case No. 23-13360B, showing this Court as follows:

1 . Appellant Cathleen Latham's counsel has conferred with counsel for Appellee, the State of Georgia, and Appellee does not oppose the proposed consolidation of the appeals.

2.       On August 14, 2023, a grand jury empaneled in the Superior Court of Fulton County, Georgia, returned an indictment against Ms. Latham and 18 other defendants, including David Shafer (Georgia Case No. 1 -cv-03720-SCJ) and Mr. Shawn Still Georgia Case No. 1:23-CV-3803-SCJ (Fulton County Superior Court) (the "State Case") collectively "Appellants".

3.      Each of Appellants' appeals arise from the United States District Court for the Northern District of Georgia's denial of each Appellant's attempt to remove the State Case to federal court.

4.      The hearing in the District Court on the removal notices for each of the Appellants was consolidated into a single hearing, so there is a single transcript for that hearing that is necessary to all three of the currently pending appeals.

5.      Federal Rule of Appellate Procedure 3 permits the Court to join or consolidate appeals where parties have filed separate appeals. See FRAP 3(b)(2). The Clerk of Court is authorized to act for the Court to consolidate appeals from the same district court on an unopposed procedural motion. See 11th Cir. R. 27-1 (c)(4).

6.      The legal issues that will be raised on appeal by the Appellants are the same, and Appellants' factual and legal positions on these issues are aligned.

7.      Consolidating these three cases on appeal will serve judicial economy and be more economical and efficient for Appellants and Appellee.

**CONCLUSION**

For these reasons, Ms. Latham respectfully requests that this Court

consolidate these three cases for purposes of appeal. [1]

Respectfully submitted, this 20th day of October, 2023.

CROMWELL LAW, LLC

*/s/ WILLIAM G. CROMWELL*
William G. Cromwell
GA. Bar No. 197240
400 Galleria Parkway, Ste. 1920
Atlanta, Ga. 30339
(678) 384-5626

Counsel for Cathleen Latham

---

[1] Each Appellant has filed an appropriate version of this Unopposed Motion to Consolidate with this Court in their pending appeal.

UNITED STATES COURT OF APPEALS FOR
THE ELEVENTH CIRCUIT

STATE OF GEORGIA,                          Case No: 23-13362-J


CATHLEEN LATHAM

CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing Motion to Consolidate

Appeals complies with the Federal Rules of Appellate Procedure and this Court's

Rules, including 11 th Cir. R 27-1.

This the 20th day of October, 2023.

/S/ WILLIAM G. CROMWELL
William G. Cromwell
Ga. Bar 197240
400 Galleria Parkway, Ste. 1920
Atlanta, Ga. 30339
ATTORNEY FOR CATHLEEN LATHAM

UNITED STATES COURT OF APPEALS FOR
THE ELEVENTH CIRCUIT

STATE OF GEORGIA,

Case No: 23-13362-J

CATHLEEN LATHAM

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing Motion to Consolidate Appeals was filed electronically with the U.S. Court of Appeals for the Eleventh Circuit through the Court's ECF system, which will send notice of this filing to all counsel of record.

This the 20th day of October, 2023.

CROMWELL LAW, LLC

/s/ William G. Cromwell
William G. Cromwell
GA. Bar No. 197240
400 Galleria Parkway, Ste. 1920
Atlanta, Ga. 30339
(678) 384-5626

Counsel for Cathleen Latham

9