# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13360

_____

STATE OF GEORGIA,

                                                                               Plaintiff-Appellee,

*versus*

DAVID JAMES SHAFER,

                                                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03720-SCJ

_____

_____

2                                    Order of the Court                                23-13360

No. 23-13361

_____

STATE OF GEORGIA,

                                                                                     Plaintiff-Appellee,

*versus*

SHAWN MICAH TRESHER STILL,

                                                                                     Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03792-SCJ

_____

_____

No. 23-13362

_____

STATE OF GEORGIA,

                                                                                     Plaintiff-Appellee,

*versus*

23-13360 Order of the Court 3

CATHLEEN ALSTON LATHAM,

                                                  Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03803-SCJ

_____

ORDER:

    Attorney W. Cole McFerren's motion to withdraw as counsel for Appellant Shawn Still is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION